IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                                        **PLAINTIFF**

v.                      No. 4:21-cv-717-DPM

**STATE OF ARKANSAS; TAYLOR
DOOBIE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and WILLCUT, Detective**                          **DEFENDANTS**

## ORDER

1. Cooney hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 13 September 2021. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Cooney an application to proceed *in forma pauperis*. If the Court grants Cooney permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2021