IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 4:21-cv-717-DPM

**STATE OF ARKANSAS; TAYLOR
DOOBIE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and WILLCUT, Detective**　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

1. Shortly after the Court entered its Order directing Cooney to submit an application to proceed *in forma pauperis*, Doc. 2, the Clerk received and filed Cooney's application, *Doc. 4-1 & 5-1*. But the application is incomplete; Cooney didn't submit a calculation sheet signed by Conway County officials. The application is therefore denied without prejudice.

2. Cooney must submit a complete application by 13 September 2021. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Cooney permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to mail Cooney another *in forma pauperis* application with a copy of this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

13 August 2021