IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                                                                  **PLAINTIFF**

v.                                       No. 4:21-cv-717-DPM

**STATE OF ARKANSAS; TAYLOR
DOOBIE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and WILLCUT, Detective**                                              **DEFENDANTS**

## ORDER

**1.** It appears the Court's 13 August 2021 Order and Cooney's second application to proceed *in forma pauperis* crossed in the mail. *Doc. 7–9*. The new application still lacks a calculation sheet signed by Conway County officials. *Doc. 8 & 9*. It is therefore denied without prejudice.

**2.** Cooney still must submit a complete application by 13 September 2021. *Doc. 7*. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Cooney permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to mail Cooney an *in forma pauperis* application with a copy of this Order.

- 2 -

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

 24 August 2021