IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**
ADC #107617                                           **PLAINTIFF**

v.                       No. 4:21-cv-717-DPM

**STATE OF ARKANSAS; TAYLOR
DOOBIE,** Officer, Morrilton Police
Department; **NATHAN WATKINS,**
Officer, Morrilton Police Department;
and **WILLCUT,** Detective                    **DEFENDANTS**

### ORDER

Motion for status, *Doc. 15*, granted. The case was put on hold until state criminal charges against Cooney are resolved. *Doc. 14*. Cooney must notify the Court when that happens. Cooney's change of address, *Doc. 16*, noted. The Court directs the Clerk to mail a copy of the 8 September 2021 Order, *Doc. 14*, and a copy of the docket sheet to Cooney's updated address.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 October 2021