IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN COOONEY                                                    PLAINTIFF
ADC # 107617

v.                     No. 4:21-cv-717-DPM

STATE OF ARKANSAS; TAYLOR
DOOBIE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and WILLCUT, Detective                                              DEFENDANTS

## JUDGMENT

Cooney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2022