IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN COONEY                                                      PLAINTIFF
ADC #107617

v.                    No. 4:21-cv-717-DPM

STATE OF ARKANSAS; TAYLOR
DOOBIE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and WILLCUT, Detective                                              DEFENDANTS

ORDER

Cooney's motion for status update, *Doc. 47*, is granted. The case has been dismissed without prejudice. *Doc. 43*. Cooney's mail was being returned undeliverable. *Doc. 46 & 48*. The Court notes the new address on the envelope containing his motion, but the Clerk's attempts to mail updates to that address have also been returned. If Cooney wishes to pursue individual capacity claims against Officer Doobie, Officer Watkins, and Detective Willcut, he may move to reopen, and provide a proposed amended complaint, by 28 July 2022. He must also update his address with the Court. If he updates his address, the Court directs the Clerk to resend him a copy of the docket sheet, *Doc. 37, Doc. 38*, and his financial printout.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

28 June 2022