IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN COONEY                                                    PLAINTIFF
ADC #107617

v.                                    No. 4:21-cv-717-DPM

TAYLOR DOOBIE, Officer, Morrilton Police
Department;  NATHAN WATKINS,
Officer, Morrilton Police Department;
and WILLCUT, Detective                                            DEFENDANTS

### AMENDED ORDER

1. Cooney's motion to reopen this case, *Doc. 51*, is granted.

2. The Court must screen the amended complaint. *Doc. 51*;
28 U.S.C. § 1915A.  Officer Doobie pulled Cooney over.  Cooney says
that Officer Doobie claimed it was because he knew Cooney didn't have
a driver's license.  After Officer Watkins and Detective Willcut arrived,
the three officers searched Cooney's car.  They found drugs.  Cooney
says they later took him to his family member's apartment where, he
claims, they destroyed a lot of property searching for more contraband.

3.     Cooney fails to state a claim for the search of his family
member's apartment. *United States v. Gomez*, 16 F.3d 254, 256 (8th Cir.
1994).  But service is appropriate on his § 1983 claim based on the traffic
stop and search.  The Clerk shall prepare summonses for Officer
Doobie, Officer Watkins, and Detective Willcut, and the United States

Marshal shall serve those summons and copies of the amended complaint, *Doc. 51*, without prepayment of fees and costs or security. Service may be made at the Morrilton Police Department, 119 N Division Street, Morrilton, Arkansas 72110.

    **4.** Cooney's motion for a status update, *Doc. 52*, is granted. The Court directs the Clerk to resend him a copy of the docket sheet and his financial printout.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022