IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**  PLAINTIFF
ADC #107617

v.  No. 4:21-cv-717-DPM

**TAYLOR DOOBIE**, Officer, Morrilton Police
Department; **NATHAN WATKINS**,
Officer, Morrilton Police Department;
and **WILLCUT**, Detective  DEFENDANTS

### ORDER

1. Cooney's motion for summary judgment, *Doc. 63*, is denied without prejudice. Please follow the procedures in Local Rule 7.2 and 56.1 and include a brief and a separate statement of facts with specific citations to the record. *Doc. 3 at 1*.

2. The defendants' motion to strike, *Doc. 64*, is denied as moot.

3. The defendants' untimely motion to compel, *Doc. 66*, is granted as modified. Cooney must respond to the defendants' discovery requests by 7 July 2023. If he doesn't, his case will be dismissed for failure to prosecute. LOCAL RULE 5.5(c)(2). Summary judgment motions on the merits are now due by 29 September 2023.

4. The Court directs the Clerk to update the docket to reflect Taylor Doobie and Willcut's names as Taylor Dube and Christopher Willcut.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2023