IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN COONEY                                              PLAINTIFF

v.                        No. 4:21-cv-717-DPM

TAYLOR DUBE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and CHISTOPHER WILLCUT, Detective                            DEFENDANTS

ORDER

Motion for extension, *Doc. 70*, granted. Motions for summary judgment due by 13 October 2023. The Court directs Cooney to provide a good phone number and email address to the lawyers for the defendants.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 September 2023