IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN COONEY                                            PLAINTIFF

v.                         No. 4:21-cv-717-DPM

TAYLOR DUBE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and CHISTOPHER WILLCUT, Detective                          DEFENDANTS

ORDER

Motion for status, *Doc. 75*, granted. The Court directs the Clerk to send Cooney a copy of the docket sheet. His response to the defendants' motion for summary judgment is due by 30 October 2023.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023