IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KRISHONN COONEY                                              PLAINTIFF

v.                          No. 4:21-cv-717-DPM

TAYLOR DUBE, Officer, Morrilton Police
Department; NATHAN WATKINS,
Officer, Morrilton Police Department;
and CHISTOPHER WILLCUT, Detective                            DEFENDANTS

ORDER

Morrilton Police Officer Dube recognized Cooney and pulled him over because Cooney didn't have a driver's license. After Officer Watkins and Detective Willcut arrived, the three of them searched Cooney's car. They found drugs and arrested Cooney. Cooney pleaded guilty to drug charges and is serving his sentence. Here he claims that the search of his car and his arrest were unlawful. The officers seek summary judgment. Cooney didn't respond to the officers' motion. He has therefore admitted the facts in the officers' Local Rule 56.1 statements. LOCAL RULE 56.1(c). The Court views the record in the light most favorable to Cooney. *Oglesby v. Lesan*, 929 F.3d 526, 532 (8th Cir. 2019).

The search of Cooney's car and his later arrest were lawful. Officer Dube had reasonable suspicion to pull Cooney over because he knew that Cooney had a revoked driver's license based on Cooney's

previous encounters with law enforcement. *United States v. Caldwell*, 97 F.3d 1063, 1067 (8th Cir. 1996). The officers' search of Cooney's car didn't offend the Constitution because Cooney consented to it. *Florida v. Jimeno*, 500 U.S. 248, 250-51 (1991). And he also had a search warrant waiver on file. *Doc. 74-2 at 2*; *Samson v. California*, 547 U.S. 843, 852 n.3 (2006); ARK. CODE ANN. § 16-93-106. Cooney's arrest was lawful because the officers found illegal drugs in his car. *Klein v. Steinkamp*, 44 F.4th 1111, 1115-16 (8th Cir. 2022). Each officer is entitled to qualified immunity on Cooney's unlawful search and arrest claims.

\* \* \*

Motion for summary judgment, *Doc. 72*, granted. Judgment will issue.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2024