IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                      **PLAINTIFF**

v.            No. 4:21-cv-717-DPM

**STATE OF ARKANSAS; TAYLOR DUBE,**
Officer, Morrilton Police Department;
**NATHAN WATKINS,** Officer, Morrilton
Police Department; and **CHISTOPHER
WILLCUT,** Detective                      **DEFENDANTS**

## JUDGMENT

Cooney's claim for the search of his family member's apartment is dismissed without prejudice. His remaining claims are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2024