IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISHONN COONEY**                                                                   **PLAINTIFF**

v.                     No. 4:21-cv-717-DPM

**STATE OF ARKANSAS; TAYLOR DUBE,**
Officer, Morrilton Police Department;
**NATHAN WATKINS,** Officer, Morrilton
Police Department; and **CHISTOPHER**
**WILLCUT,** Detective                          **DEFENDANTS**

### ORDER

     The Court granted the defendants' motion for summary judgment and dismissed Cooney's claims on 26 January 2024. *Doc. 77 & 78*. Cooney says he hasn't been receiving mail from the Court for the past year, but his mail hasn't been returned as undeliverable. It seems that his address changed in the past several months, but he didn't update the Clerk until he filed this motion. The motion to reopen, *Doc. 80*, is therefore denied. This case is closed. The Court directs the Clerk to send Cooney a blank § 1983 form and another copy of *Doc. 77 & 78*.

     So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>3 April 2024</u>